1 | **CANDIS MITCHELL**
California State Bar No. 242797
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Candis_Mitchell@fd.org

5 | Attorneys for Mr. Soto-Castro

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        ) Case No. 08MJ1430
                                     )
12 |        Plaintiff,                )
                                     )
13 | v.                               )
                                     ) **NOTICE OF APPEARANCE**
14 | **GABRIEL SOTO-CASTRO,**         )
                                     )
15 |                                  )
           Defendant.                 )
16 | _____ )

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: May 8, 2008                  /s/ *Candis Mitchell*
                                    **CANDIS L. MITCHELL**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Soto-Castro
                                    Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 8, 2008           */s/ Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org