AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| GABRIEL SOTO-CASTRO | CASE NUMBER: 08CR1788-WQH |

    I, GABRIEL SOTO-CASTRO, the above named defendant, who is accused of committing the following offense:

    Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 3, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Gabriel Soto Castro
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER